JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DEON MORGAN,<br><br>         Plaintiff,<br><br>    vs.<br><br>DEPUTY STEVE OWEN, DEPUTY KELLY SIMON,<br><br>         Defendants. | CV 05-5741 RSWL (OPx)<br><br>**FINAL JUDGMENT UPON JURY VERDICT** |

Pursuant to the unanimous decision of the Jury documented upon the form of Verdict dated and signed April 30, 2009, by Presiding Juror:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

   1.   Judgment upon all claims shall be entered in favor of Defendant Steve Owen and against Plaintiff Kevin Deon Morgan.

   2.   Judgment upon all claims shall be entered in favor of Defendant Kelly Simon and against Plaintiff Kevin Deon Morgan.

///

1

3. The Defendants shall have and recover costs pursuant to the approved Bill of Costs.

**IT IS SO ORDERED.**

*Ronald S.W. Lew*

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

DATED: May 28, 2009

2